# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| JOANNE BUSTILLOS, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 7:21-cv-00900-LSC |
| RANDALL-REILLY LLC, | ) ) ) |
| Defendant. | ) |

## ORDER

The parties have reported to the Court that a settlement has been reached in this matter. Accordingly, this action is DISMISSED WITH PREJUDICE. Any party may, for good cause shown, reopen this action within thirty (30) days from the date of this Order. Costs are taxed as paid.

**DONE** and **ORDERED** on November 4, 2021.

_____
L. Scott Coogler
United States District Judge

206770